No. 2879.—Pueblo apdo., *v.* Corchado (*a*) Ponce, aplte. —C. D. Arecibo. Mutilación. Nov. 29, 1926. Confirmada la sentencia apelada por no haberse elevado la transcripción de la evidencia o una exposición del caso, y no aparecer que se haya cometido error fundamental alguno no habiendo base para considerar el escrito presentado por el acusado en el que se refiere a los hechos del caso.

No. 2877.—Pueblo, apdo., *v.* Cardona, aplte.—C. D. Aguadilla. Infracción a la sección 29 de la Ley de Arbitrios. Dic. 3, 1926. Examinada la exposición del caso y pliego de excepciones sometida por el acusado, y visto además el informe del fiscal en el cual expresó no tener enmiendas que proponer, se aprueba.

No. 3023.—Pueblo, apdo., *v.* Colón et al., apltes.—C. D. Aguadilla. Homicidio involuntario. Dic. 7, 1926. Habiendo el informe del fiscal expresado que no tiene enmiendas que proponer a la transcripción de la evidencia presentada por el taquígrafo de la corte de distrito, sin que el tribunal pueda advertir en ella defecto alguno, fué aprobada para que surta sus efectos en la apelación establecida.

No. 2893.—Pueblo, apdo., *v.* Mejías, aplte.—C. D. Arecibo. Portar armas. Dic. 7, 1926. Confirmada la sentencia apelada porque si bien la evidencia era contradictoria el conflicto fué resuelto dando crédito la corte inferior a la prueba del fiscal, que es bastante para estimar probada la acusación.